UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory K. Dahlgren,<br><br>        Plaintiffs<br><br>v.<br><br>DePuy Orthopaedics, Inc., Saint – Gobain Corporation, and Sociéte Européenne Des Produits Réfractarires,<br><br>        Defendants. | Court File No. 10-cv-3827 (PAM/AJB)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

This matter is before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties on December 2, 2011.

**IT IS HEREBY ORDERED** that all claims of plaintiff against defendants DePuy Orthopaedics, Inc., Saint – Gobain Corporation, and Sociéte Européenne Des Produits Réfractarires are **DISMISSED WITH PREJUDICE**, and without costs or disbursements to any party.

Dated:  December  5,  2011          s/Paul A. Magnuson
                                    Paul A. Magnuson
                                    United States District Court Senior Judge