UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory K. Dahlgren, | Court File No. 10-cv-3827 (PAM/AJB) |
| Plaintiffs | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| DePuy Orthopaedics, Inc., Saint – Gobain Corporation, and Sociéte Européenne Des Produits Réfractarires, | |
| Defendants. | |

This matter is before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties on December 2, 2011.

**IT IS HEREBY ORDERED** that all claims of plaintiff against defendants DePuy Orthopaedics, Inc., Saint – Gobain Corporation, and Sociéte Européenne Des Produits Réfractarires are **DISMISSED WITH PREJUDICE**, and without costs or disbursements to any party.

Dated:  December  5,  2011                    s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Senior Judge